**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Massachusetts
                        (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
X Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Ocean Development Partners, LLC (MA)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

268 Newbury Street, 4th Floor
Number    Street

_____

Boston                    MA    02116
City                      State ZIP Code

Suffolk
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____ _____ _____
City              State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____ _____ _____
City              State  ZIP Code

Debtor    Ocean Development Partners, LLC (MA)                    Case number (*if known*)_____
      Name

| | |
|---|---|
| **6. Debtor's website** (URL) | _____ |

| | |
|---|---|
| **7. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other type of debtor. Specify: _____ |

| | |
|---|---|
| **8. Type of debtor's business** | *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the types of business listed. |
| | ☐ Unknown type of business. |

| | |
|---|---|
| **9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No |
| | ☒ Yes. Debtor Ocean Development Partners, LLC    Relationship _____ |
| | District Massachusetts    Date filed 01/14/22    Case number, if known 22-10043 |
| |                                             MM / DD / YYYY |
| | Debtor _____    Relationship _____ |
| | District _____    Date filed _____    Case number, if known _____ |
| |                                             MM / DD / YYYY |

**Part 3:  Report About the Case**

| | |
|---|---|
| **10. Venue** | *Check one:* |
| | ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **11. Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | *At least one box must be checked*: |
| | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | |
|---|---|
| **12. Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Ocean Development Partners, LLC (MA)            Case number (*if known*) _____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Ocean Development Partners, LLC (RI) | Debt | $ 250,000.00 |
| | Ocean Vacations, LLC | Debt | $150,000.00 |
| | Fiorillo Family Revocable Trust | Debt | $100,000.00 |
| | | Total of petitioners' claims | $ 500,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Ocean Development Partners, LLC (RI)
Name

47 Wood Avenue, Ste. 2
Number   Street

Barrington         RI        02806
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Neil Kreuzer, Esq.
Printed name

_____
Firm name, if any

47 Wood Avenue, Ste. 2
Number   Street

Barrington         RI        02806
City               State     ZIP Code

Contact phone (617) 872-5347    Email nkreuzer@aol.com

Bar number   630976

State        MA

X /s/Neil Kreuzer
Signature of attorney

Date signed  05/07/2023
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor  Ocean Development Partners, LLC (MA)    Case number (*if known*)_____
      Name

**Name and mailing address of petitioner**

Ocean Vacations, LLC
Name

268 Newbury Street, 4th Floor
Number  Street

Boston      MA     02116
City        State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City        State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Neil Kreuzer, Esq
Printed name

Law Office of Neil Kreuzer
Firm name, if any

268 Newbury Street, 4th Floor
Number  Street

Boston      MA     02116
City        State  ZIP Code

Contact phone  (617) 872-5347   Email  nkreuzer@aol.com

Bar number  630976

State  MA

✘ /s/Neil Kreuzer
Signature of attorney

Date signed  05/07/23
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

Fiorillo Family Revocable Trust
Name

3 Kales Way
Number  Street

Harwich Port     MA     02646
City             State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nicholas Fiorillo, Trustee
Name

3 Kales Way
Number  Street

Harwich Port     MA     02646
City             State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/07/2023
      MM / DD / YYYY

✘ /s/Nicholas Fiorillo
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City        State  ZIP Code

Contact phone _____ Email _____

Bar number  _____

State  _____

✘ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY